# UNITED STATES DISTRICT COURT

                    EASTERN                     **District of**                    CALIFORNIA

| | |
|---|---|
| JERRY YATES,<br>          Plaintiff<br><br>     V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>          Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br>CASE         1:07-at-00080 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

     X    The clerk is directed to file the complaint.

     X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this    20th    day of           February          ,    2007    .

                                                                              /s/ Sandra M. Snyder
                                                                              Signature of Judicial Officer

                                                                              SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                                                              Name and Title of Judicial Officer