1  Charles D. Oren, Esq. #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| Jerry Yates, | 1:07-CV-279 LJO DLB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on February 16, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: November 10, 2007     /s/ Charles D. Oren

                             CHARLES D. OREN, ESQ.
                             Attorney for Plaintiff

Dated: January 7, 2008
                             MCGREGOR SCOTT
                             United States Attorney

                             By: /s/ Theophous Reagans
                             (as authorized via facsimile)
                             THEOPHOUS REAGANS
                             Assistant U.S. Attorney

1   IT IS SO ORDERED.

2   Dated:     **January 16, 2008**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE